

**U.S. Department of Justice**

*Eastern District of California*
*United States Attorney*

McGregor W. Scott
United States Attorney

501 I Street, Suite 10-100   916/554-2700

Sacramento, California  95814   Fax 916/554-2900
TTY 916/554-2855

December 12, 2005

Honorable Kimberly J. Mueller
U. S. Magistrate Judge
501 I Street
Sacramento, California  95814

    Re:  United States v. Cuitlahuac Padilla
         Magistrate # 03-185-JFM
         <u>Unlawful Flight to Avoid Prosecution</u>

Dear Magistrate Mueller:

    There was filed before U. S. Magistrate Judge John F. Moulds, on August 21, 2003, a complaint for unlawful flight to avoid prosecution.

    We have been notified by the Federal Bureau of Investigation that the subject was located and arrested in Mexico and has been returned to the United States and is in the custody of local authorities.

    Therefore, we respectfully request that the complaint be dismissed and the warrant recalled.

                     Very truly yours,

                     McGREGOR W. SCOTT
                     United States Attorney

                     By <u>/S/THOMAS E. FLYNN</u>
                       THOMAS E. FLYNN
                     Assistant U.S. Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  December 14, 2005.